■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Department. ANONYMOUS (No. 3), Petitioners; DENIS M. HURLEY, Respondent.— On the court's own motion, the decision handed down March 5, 1958 is amended *nunc pro tunc* by adding the words " additional Special Term of the " after the words " motion in the " in the third paragraph and after the words " made in the first instance to the " in the fourth paragraph. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.